CATHERINE VENNARD, as Administratrix of the Estate of PATRICK GORMLEY, Deceased, Appellant, *v.* ALBANY SAVINGS BANK, Respondent, Impleaded with Another.

Submitted April 8, 1940; decided April 16, 1940.

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 282 N. Y. 718.)

LEWIS FREY, Appellant, *v.* EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

Submitted April 8, 1940; decided April 16, 1940.

*William C. Cannon* for motion.
*Borris M. Komar* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.